ANGELA H. DOWS, ESQ.
Nevada Bar No. 10339
adows@crdslaw.com
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile:  (702) 794-4421
Appointed Counsel for Defendant Susan Cope

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-cr-00266-APG-VCF-3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING HEARING** |
| SUSAN COPE, | ) | (First Request) |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the United States of America, by and through Jason M. Frierson, United States Attorney, and Jean N. Ripley, Assistant United States Attorney; SUSAN COPE, Defendant, by and through her counsel, Angela H. Dows, Esq. that the sentencing hearing in the above-entitled matter, currently scheduled for April 18, 2023, at the hour of 10:00 a.m., be vacated and continued for approximately thirty (30) days, or to a date and time to be set by this Honorable Court.  This is the first request for a continuance in this case. This Stipulation is entered into based upon the following:

1. Defendant Susan Cope requests additional time to be able to address one or more of the following: (a) contingent living arrangements that need to be addressed prior to the potential imposition of any custodial sentence, (b) gathering certain medical documents and information on her behalf in preparation for sentencing.

2. Instant defense counsel also requests additional time to be able to adequately represent her client in relation to sentencing, including gathering additional sentencing information on behalf of the client.

3. Defendant SUSAN COPE has no objection to the continuance, and moreover requested the subject continuance for the reasons stated.

4. The government does not object to the proposed continuance.

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the April 18, 2023 sentencing hearing.

DATED this 6th day of April, 2023.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney<br>By: /s/ Jean N. Ripley<br>JEAN N. RIPLEY<br>Assistant United States Attorney<br>Counsel for Plaintiff | CORY READE DOWS & SHAFER<br>By: /s/ Angela H. Dows<br>ANGELA H. DOWS, ESQ.<br>Appointed Counsel for Defendant<br>Susan Cope |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:15-cr-00266-APG-VCF-3 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | FINDINGS OF FACT, |
| | ) | CONCLUSIONS OF LAW, |
| SUSAN COPE, | ) | AND ORDER THEREON |
| | ) | |
| Defendant. | ) | |
| | ) | |

### **FINDINGS OF FACT**

Based on the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Defendant requests additional time in order to address one or more matters prior to sentencing that may impact her living arrangements related to any potential custody following her sentencing;

2. Defendant's counsel also requests additional time to prepare for Susan Cope's sentencing, including assisting in gathering any additional documentation Susan Cope provides in support thereof;

2. Counsel for Defendant has conferred with her client, and Defendant SUSAN COPE has no objection to the requested continuance to the sentencing date.

3. The government does not object to the proposed continuance.

3

**CONCLUSIONS OF LAW**

1. Denial of this request for continuance would result in a miscarriage of justice, as additional time is needed for the Defendant SUSAN COPE to prepare for the sentencing hearing, and review the file and the case with counsel for the defense.

2. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing hearing.

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for April 18, 2023 at 10:00 a.m., be vacated and continued to May 24, 2023, at the hour of 1:30 p.m., in Courtroom 6C.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 7, 2023